IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01600-STV

GLEE L. HELLENSCHMIDT and MARK A. HELLENSCHMIDT,

   Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulated Motion to Dismiss All Claims by PlaintiffS Against Defendant With Prejudice, and being advised, HEREBY ORDERS that all claims brought or which could have been brought in this action by Plaintiffs against Defendant are hereby dismissed WITH PREJUDICE, each party to pay his, her or its own fees and costs.

DATED this 23rd day of March, 2018.

                              BY THE COURT:

                              S/ Scott T. Varholak
                              _____
                              United States Magistrate Judge